THE STATE OF FLORIDA, v. NATHANIEL H. SCHMUKLER

23 So. (2nd) 522                                         June Term, 1945
October 9, 1945                                          Division A

*J. Tom Watson,* Attorney General, *Reeves Bowen,* Assistant Attorney General; and *Stanley Milledge,* State Attorney, for appellant.

*Mitchell D. Price, Zaring & Florence,* for appellee.

PER CURIAM:

The judgment appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.